**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1881**

DOSHIA S. PADGETT,

             Plaintiff - Appellant,

     v.

SOCIAL SECURITY ADMINISTRATION,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Chief District Judge. (7:12-cv-00330-GEC)

Submitted: November 19, 2013     Decided: November 21, 2013

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Doshia S. Padgett, Appellant Pro Se. Erica Marie Perkins, Assistant Regional Counsel, Philadelphia, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doshia S. Padgett appeals the district court's orders dismissing without prejudice her action challenging the Commissioner's decision to deny Padgett's claim for supplemental security income under the Social Security Act and denying her motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Padgett v. Soc. Sec. Admin., No. 7:12-cv-00330-GEC (W.D. Va. May 2, 2013; May 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2